FILED'09 OCT 19 16:01USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DONALD WILSON, | ) | Civil No. 08-3108-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

On September 29, 2009, Magistrate Judge Clarke filed his Report and Recommendation, which recommends affirming the decision of the Commissioner denying the claim for social security disability benefits. No party has objected to that Recommendation. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 21) are adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this  19  day of October, 2009.

                                  _____
                                  Owen M. Panner
                                  United States District Judge

2 - ORDER